# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1905
_____

GORDON SHAVERS,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

    Appellee.

_____

On appeal from the Circuit Court for Jefferson County.
J. Layne Smith, Judge.

June 26, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Gordon Shavers, pro se, Appellant.

James Uthmeier, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.